others against John R. Bennett and others. F. M. Thompson, of New York City, for appellants. N. Ottinger, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 917, 129 N. Y. Supp. 1138.

OWENS v. OWENS. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Louise Burke Owens against Oscar Lee Owens. No opinion. Motion granted with $10 costs, unless the appellant procures case to be put on the calendar and argued at the January term, in which case, motion denied, without costs. See, also, 143 N. Y. Supp. 1134.

OWENS v. VAN ZANDT et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Laura Van Zandt Owens against William Wynant Van Zandt and others. No opinion. Judgment affirmed, with costs.

PALTANOWICZ, Appellant, v. MENDLO-WITZ, Respondent. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Petronia Paltanowicz against Herman Mendlowitz. No opinion. Motion granted, and order modified. Settle order before the Presiding Justice. See, also, 155 App. Div. 915, 140 N. Y. Supp. 1134.

PARK & TILFORD, Respondent, v. HAL-STEAD, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Park & Tilford against Maria S. Halstead. No opinion. Order affirmed by default, with $10 costs and disbursements.

PASUK, Appellant, v. AMERICAN MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Pawel Pasuk, an infant, etc., against the American Manufacturing Company.
PER CURIAM. Order reversed, without costs, and motion granted, to the extent of giving the plaintiff, accompanied by not more than two persons, an inspection of the machine by which he claims to have been hurt, together with its equipment and appurtenances; that such persons be permitted to examine during business hours such machine, both in operation and at rest, and to take a photograph of the same; that the plaintiff give in writing notice to defendant's attorneys, two days before such inspection, of the day and hour when the same will be had; and that at the time named such inspection and photograph be made within a period not exceeeding 15 minutes.

In re PENNSYLVANIA AVE. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) In the matter of acquiring title to certain lands and premises on the easterly side of Pennsylvania Avenue, etc. No opinion. Motion granted, without costs, and question as submitted approved. See, also, 157 App. Div. 938, 142 N. Y. Supp. 1112.

PEOPLE, Respondent, v. ALLESSI, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceeding by the People of the State of New York against Phillip Allessi. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Proceeding by the People of the State of New York against Robert Anderson. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. ARMSTRONG. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against William Armstrong. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. BEIRMAN. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Jacob M. Bierman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. BOROK, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York against Max Borok. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. BRANDWEIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York against Louis Brandwein. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. CILLARATO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Gaetano Cillarato. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. COLBURN, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Emerson Colburn. No opinion. Motion to dismiss appeal denied.